

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2017

No. 04-17-00459-CV

**IN THE INTEREST OF M.L.C.,** A Child,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02184
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The reporter's record was due July 27, 2017, but was not filed. The court reporter is reminded that, by statute, this appeal is accelerated, and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a) (West 2014).

We therefore **ORDER** court reporter Elva Chap to file the reporter's record in this court on or before **August 11, 2017**. The reporter is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. With regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record in parental termination cases. TEX. R. APP. P. 28.4(b).

We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk